UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ODIS JONES *et al.*,

    Plaintiffs,

v.

SCRIPPS MEDIA, INC.

    Defendant.

_____/

Case No. 16-cv-12647
Hon. Matthew F. Leitman

## ORDER ON STATUS CONFERENCE AND TERMINATING DEFENDANT'S MOTION TO DISMISS (ECF #8) AS MOOT

On December 14, 2016, the Court held an on-the-record telephonic status conference in this action with respect to Defendant's motion to dismiss Plaintiffs' Complaint (the "Motion to Dismiss") (*see* ECF #8) and Plaintiffs' possible filing of an Amended Complaint.

For the reasons stated on the record during the status conference, the Court directs Plaintiffs to file a First Amended Complaint by no later than December 23, 2016. It further terminates Defendants' currently-pending Motion to Dismiss as moot. After Plaintiffs file their First Amended Complaint, they shall serve on Defendant and the Court a redline document that displays the revisions Plaintiffs have made in the First Amended Complaint.

Once Defendant has received and had a chance to review the First Amended Complaint, it shall contact the Court's case manager to inform the Court how much time it believes it needs to file a renewed motion to dismiss. In its renewed motion, Defendant may incorporate by reference any and all portions of its initial motion to dismiss, and need only include any additional arguments it may have in response to the new allegations pleaded in the First Amended Complaint. After Defendant informs the Court's case manager how much time it believes it needs to file its renewed motion, the Court will issue a briefing schedule with respect to the motion.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: December 14, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 14, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113