UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ODIS JONES *et al.*,

             Plaintiffs,                      Case No. 16-cv-12647
                                                  Hon. Matthew F. Leitman

v.

SCRIPPS MEDIA, INC.

             Defendant.

_____/

## ORDER DENYING PLAINTIFFS' MOTION TO QUASH AND MODIFY DEFENDANT'S SUBPOENA TO DETROIT PUBLIC LIGHTING AUTHORITY (ECF #34)

On May 18, 2017, Defendant Scripps Media, Inc. served a subpoena upon the Detroit Public Lighting Authority (the "PLA") seeking, among other things, documents related to Plaintiffs Odis Jones and MVP Capital Ventures, LLC, and to third-party Adam Jones. (*See* ECF #34-1.)  Plaintiffs now ask the Court to quash seven document requests in the subpoena (requests number 1, 3, 13, 17, 18, 19, and 20).[1] (*See* Mot. to Quash, ECF #34.)  The Court held a hearing on Plaintiffs' motion on July 19, 2017.  For the reasons stated at the hearing, the Court holds as follows:

- With respect to request number 1, Plaintiffs have withdrawn their request to quash this document request subject to Scripps having produced or

---

[1] Plaintiffs also initially moved to quash document requests 21 and 22.  Plaintiffs have since withdrawn that request. (*See* ECF #36 at Pg. ID 658.)

immediately producing the personnel file of Ronnie Dahl.  The PLA shall therefore produce the personnel file of Odis Jones.  The PLA shall redact from that production Jones' health records and any personal identifying information such as his social security number, driver's license number, bank account number, and date of birth.  All documents that the PLA produces shall be deemed "Confidential" pursuant to the Stipulated Protective Order the Court entered in this action. (*See* ECF #37.)

- With respect to request number 3, Plaintiffs' request to quash this request is **DENIED**.  The PLA shall therefore produce the documents that are the subject of this request.  All documents that the PLA produces shall be deemed "Confidential" pursuant to the Stipulated Protective Order the Court entered in this action. (*See* ECF #37.)

- With respect to request number 13, Plaintiffs' request to quash this request is **DENIED**.  The PLA shall therefore produce the personnel file of Adam Troy. The PLA shall redact from that production Troy's health records and any personal identifying information such as his social security number, driver's license number, bank account number, and date of birth.  All documents that the PLA produces shall be deemed "Confidential" pursuant to the Stipulated Protective Order the Court entered in this action. (*See* ECF #37.)

- With respect to requests number 17, 18, and 19, and 20, Plaintiffs' request to quash this request is **DENIED**. The PLA shall therefore produce the documents that are the subject of these requests. All documents that the PLA produces shall be deemed "Confidential" pursuant to the Stipulated Protective Order the Court entered in this action. (*See* ECF #37.)

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
Dated:  July 19, 2017                    UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 19, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764

3