UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ODIS JONES *et al.*,

      Plaintiffs,

v.

SCRIPPS MEDIA, INC.

      Defendant.
_____/

Case No. 16-cv-12647
Hon. Matthew F. Leitman

### ORDER DENYING PLAINTIFFS' MOTION TO COMPEL DISCOVERY (ECF #46)

On February 6, 2018, Plaintiff Odis Jones filed a motion to compel certain discovery – specifically, the name of a confidential source of reporter Ronnie Dahl. (*See* ECF #46.) The Court held a hearing on the motion to compel on March 5, 2018. For the reasons stated on the record at the hearing, Jones' motion is **DENIED**.

   **IT IS SO ORDERED**.

Dated: March 5, 2018

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 5, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764

1