UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ODIS JONES *et al.*,

       Plaintiffs,

v.

SCRIPPS MEDIA, INC.

       Defendant.

Case No. 16-cv-12647
Hon. Matthew F. Leitman

_____/

# ORDER DENYING PLAINTIFFS' MOTION TO COMPEL FILING OF DEFENDANT'S MOTION EXHIBIT UNDER SEAL (ECF #46)

On April 10, 2018, Plaintiff Odis Jones filed a motion to compel Defendant Scripps Media, Inc. to file portions of his deposition testimony under seal when Scripps files its forthcoming summary judgment motion. (*See* ECF #60.) The Court held a hearing on the motion to compel on May 1, 2018. For the reasons stated on the record at the hearing, Jones' motion is **DENIED**.

The Court allowed Jones to file his motion to compel under seal and allowed Scripps to file its response under seal. The Court will continue to maintain the seal on those filings, as well as on the transcript of the hearing on Jones' motion, for a limited time while Jones decides whether to appeal the Court's ruling. After Jones

informs the Court of his decision, the Court will issue an additional order with respect to the current filings under seal.

**IT IS SO ORDERED**.

Dated: May 2, 2018

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 2, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764